UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

DAVID LAW,  :
: CASE NO.: 1:19-cv-8904-PAE
      Plaintiffs, :
:
  vs. :
:
ALDER BIOPHARMACEUTICALS INC., :
ROBERT AZELBY, PAUL CARTER, PAUL
CLEVELAND, JEREMY GREEN, A. BRUCE :
MONTGOMERY, HEATHER PRESTON,
CLAY B. SIEGALL, and WENDY YARNO, :
:
      Defendants :

---------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 19, 2019           Respectfully Submitted,

                                                   **MONTEVERDE & ASSOCIATES PC**

**OF COUNSEL:**           /s/ Juan E. Monteverde
                                                   Juan E. Monteverde (JM-8169)
**ADEMI & O'REILLY, LLP**           The Empire State Building
Guri Ademi                         350 Fifth Avenue, Suite 4405
Jesse Fruchter                     New York, New York 10118
3620 East Layton Avenue            Tel: 212-971-1341
Cudahy, Wisconsin 53110            Fax: 212-202-7880
Tel: (414) 482-8000
Fax: (414) 482-8001                *Attorney for Plaintiff*
Email: gademi@ademilaw.com
 jfruchter@ademilaw.com